USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/17

Briccetti J
+ Partial

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANK W. WHITE, JR.,

                           Plaintiff,

-against-

THE COUNTY OF DUTCHESS, CITY OF
POUGHKEEPSIE, OFFICER SEAN MCCARTHY, OFFICER
BRYAN CRONK, OFFICER VAN WAGNER, OFFICER
ROBERT HABERSKI, OFFICER MATTHEW HAMEL,
OFFICER LAWRENCE BARTOLOTTI, Individually and
employees of the City of Poughkeepsie Police Department,
STEVE ROSENBLUM, Individually as Parole Revocation
Specialist,

                           Defendants.
------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE AND DISMISSAL PURSUANT TO RULE 41 (a)(1) AGAINST DEFENDANTS OFFICER VAN WAGNER, MATTHEW HAMEL, AND LAWRENCE BARTOLOTTI ONLY**

15-cv-8744 (VB)

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed and discontinued, with prejudice, against defendants Officer VanWagner, Officer Matthew Hamel and Officer Lawrence Bartolotti only, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:     Poughkeepsie, New York
                April 20, 2017

RYANNE KONAN LAW OFFICE &
LEGAL SERVICES

By: _____
    Ryanne Konan
*Attorneys for Plaintiffs*
4 Marshall Road, Suite 107
Wappingers Falls, NY 12590
Tel. (845) 262-2625

McCABE & MACK LLP

By: _____
    David L. Posner (0310)
*Attorneys for Defendants McCarthy, Cronk, VanWagner, Hamel & Bartolotti*
63 Washington Street, PO Box 509
Poughkeepsie, NY 12602-0509
Tel. (845) 486-6800

SO ORDERED
_____
Hon. Vincent Briccetti

Dated: White Plains, New York
      ~~April~~ May 9, 2017

McCABE & MACK LLP, ATTORNEYS AT LAW, POST OFFICE BOX 509, POUGHKEEPSIE, NY 12602