8915-0066/dmf

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FRANK W. WHITE, JR.,

                          Plaintiff,

    -against-

THE COUNTY OF DUTCHESS, CITY OF
POUGHKEEPSIE, OFFICER SEAN MCCARTHY, OFFICER
BRYAN CRONK, OFFICER VAN WAGNER, OFFICER
ROBERT HABERSKI, OFFICER MATTHEW HAMEL,
OFFICER LAWRENCE BARTOLOTTI, Individually and
employees of the City of Poughkeepsie Police Department,
STEVE ROSENBLUM, Individually as Parole Revocation
Specialist,

                         Defendants.
-------------------------------------------------------------X

**STIPULATION OF
DISCONTINUANCE AND
DISMISSAL PURSUANT
TO RULE 41 (a)(1)**

15-cv-8744 (VB)(LMS)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the remaining parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed and discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:     Poughkeepsie, New York
                June 5, 2017

RYANNE KONAN LAW OFFICE &
LEGAL SERVICES

By: _____
    Ryanne Konan
*Attorneys for Plaintiff*
4 Marshall Road, Suite 107
Wappingers Falls, NY 12590
Tel. (845) 262-2625

McCABE & MACK LLP

By: _____
    David L. Posner
*Attorneys for Defendants City of
Poughkeepsie, Sean McCarthy,
Bryan Cronk, Officer VanWagner,
Robert Haberski and Lawrence
Bartolotti*
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845) 486-6800

8915-0066/dmf

SO ORDERED:

_____
Hon. Vincent Briccetti

Dated: White Plains, New York
       June 2̲4̲, 2017